## 54047. GEORGIA PACIFIC CORPORATION v. CLIFTON.

QUILLIAN, Presiding Judge.

This is an appeal from an order of the superior court which affirmed an award of the State Board of Workmen's Compensation granting the appellee workmen's compensation benefits.

After a consideration of the record we have determined that the evidence, though conflicting, was sufficient to support the award under the any evidence rule. *West Point Pepperell, Inc. v. Baggett,* 139 Ga. App. 813 (1) (229 SE2d 666).

*Judgment affirmed. Shulman and Banke, JJ., concur.*

ARGUED JUNE 8, 1977 — DECIDED JUNE 20, 1977.

*Dillon & Thompson, Lawrence G. Dillon, Clyde M. Thompson, Jr.,* for appellant.

*Falligant, Sims & Hunter, W. David Sims,* for appellee.